1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

## EXHIBIT A: SCHEDULE OF PRETRIAL AND TRIAL DATES

CASE NAME:  THERESA PACHECO v. HUNT AND HENRIQUES, INC.

CASE NO.:  2:19-cv-00468-VAP-SS

| Matter | Plaintiff(s) Request | Defendant(s) Request | Court's Order |
|---|---|---|---|
| Trial Date (Tuesday) Jury ☑ Court ☐ Length: 2 Days | May 11, 2020 | Jan 11, 2020 | |
| Pretrial Conf., L.R. 16; Hearing on Motions in Limine | May 4, 2020 | Jan 4, 2020 | |
| Last day to conduct Settlement Conf., L.R. 16-15 | Nov. 20, 2019 | July 20, 2019 | |
| Last day for **hearing** non-discovery motions | Feb 4, 2020 | Oct 4, 2019 | |
| All Discovery Cutoff, including hearing all discovery motions | Dec. 20, 2019 | Aug 20, 2019 | |
| Expert Disclosure (rebuttal) | August 16, 2019 | Aug 16, 2019 | |
| Expert Disclosure (initial) | August 2, 2019 | Aug 16, 2019 | |
| Last day to amend pleadings or add parties | July 13, 2019 | Aug 16, 2019 | |
| Last day for filing motion for class certification (if applicable) | N/A | N/A | |
| Hearing on motion for class certification (if applicable) | N/A | N/A | |

LOCAL RULE 16-15 Settlement Choice:

☑ U.S. Magistrate Judge (#1)

☐ Attorney Settlement Officer Panel (#2)

☐ Outside ADR (#3)