NICHOLAS M. WAJDA (State Bar #259178)
Attorney Email Address: nick@wajdalawgroup.com
WAJDA LAW GROUP, APC
11400 West Olympic Boulevard, Suite 200M
Los Angeles, California 90064
Telephone: (310) 997-0471
Facsimile: (866) 286-8433
*Attorney for Plaintiff*

NATHAN C. VOLHEIM (*Pro Hac Vice*)
Attorney Email Address: nvolheim@sulaimanlaw.com
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Telephone: (630) 568-3056
Facsimile: (630) 575-8188
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA PACHECO a/k/a THERESA CANETE,<br><br>    Plaintiff,<br><br>    v.<br><br>HUNT & HENRIQUES ATTORNEYS AT LAW,<br><br>    Defendant. | Case No. 2:19-cv-00468-VAP-SS<br><br>ADR Report |

Pursuant to this Honorable Court's Order (Dkt. #28), Plaintiff THERESA PACHECO a/k/a THERESA CANETE ("Plaintiff") and submits the following ADR Report:

On July 12, 2019 the parties filed a stipulation to mediate the instant action

through a panel mediator (Dkt. #30).  The parties are awaiting assignment of a panel mediator in order to complete their ADR requirements for this matter.

DATED:  August 5, 2019         Respectfully submitted,

*/s/Nathan C. Volheim*
Nathan C. Volheim
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system.

*/s/ Nathan C. Volheim*
Nathan C. Volheim

2