# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA PACHECO, | CASE NUMBER: |
| | 2:19-cv-00468-VAP-SS |
| v.                    Plaintiff(s) | |
| HUNT AND HENRIQUES, INC., | **NOTICE OF MEDIATION DATE** |
| Defendant(s). | |

**YOU ARE HEREBY NOTIFIED THAT THE PANEL MEDIATOR HAS SCHEDULED A MEDIATION IN THE ABOVE-CAPTIONED CASE**

for  Thursday, September 26, 2019   at  10:00   ☑ a.m. / ☐ p.m.

LOCATION:  Gumport Law Firm, PC, 225 S. Lake Ave., Ste. 300, Pasadena, CA 91101

---

**The mediation session must be completed and an ADR-03 Report must be filed on or before the Court-ordered completion date.**

---

Continuances are not favored and can only be granted by the Mediator up to the Court-ordered completion date. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

Dated:  9/4/19

Panel Mediator:  Leonard L. Gumport (SBN 086935)
Address:  Gumport Law Firm, PC
225 S. Lake Ave., Ste. 300
Pasadena, CA 91101
Phone:  (626) 432-7283

## PROOF OF SERVICE

STATE OF CALIFORNIA        )
                                      ) ss.
COUNTY OF LOS ANGELES      )

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Gumport Law Firm, PC, 225 S. Lake Avenue, Suite 300, Pasadena, CA 91101.

      On **September 4, 2019,** in the manner indicated below, the foregoing document described as: **NOTICE OF MEDIATION DATE** was served on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes, with first class postage prepaid, addressed as follows:

___ **(BY FIRST CLASS U.S. MAIL or OVERNIGHT MAIL)** I served the following person(s) and/or entity(ies) at the last known address(es) in this case by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows:

### [SEE ATTACHED SERVICE LIST]

**_X_** **(BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF").** I checked the CM/ECF docket for this case and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses on the list below:

### [SEE ATTACHED NEF LIST]

* * * * * *

___ (STATE)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**_X_** (FEDERAL)  I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED **September 4, 2019** at Pasadena, California.

_Kathleen Marosy_
KATHLEEN MAROSY

<u>**SERVICE LIST**</u>
<u>**THERESA PACHECO v. HUNT AND HENRIQUES, INC.**</u>
**Case No. 2:19-cv-00468-VAP-SS**

<u>**BY THE COURT VIA NOTICE OF ELECTRONIC FILING**</u> ("NEF"):

**Kurtiss A Jacobs**
kjacobs@hunthenriques.com

**Donald Sherrill**
dsherrill@hunthenriques.com, sdowney@hunthenriques.com, kjacobs@hunthenriques.com

**Nathan C Volheim**
nvolheim@sulaimanlaw.com, jmickalovski@sulaimanlaw.com, autodocket@sulaimanlaw.com, kwadia@sulaimanlaw.com

**Nicholas M Wajda**
nick@wajdalawgroup.com, rlgnotices@gmail.com