**JS-6**

```
                    FILED
            CLERK, U.S. DISTRICT COURT

            OCT 2, 2019

        CENTRAL DISTRICT OF CALIFORNIA
        BY:      BH          DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

THERESA PACHECO,

               Plaintiffs,

    v.

HUNT AND HENRIQUES, INC.,

               Defendants.

 )    Case No. 2:19-cv-00468 VAP (SSx)

 )    **ORDER OF DISMISSAL**

     The Court having been advised by counsel for the parties that the above-entitled action has settled,

     **IT IS ORDERED** that this action be, and hereby is, dismissed in its entirety without prejudice.

     THE COURT to retain jurisdiction for a period of **sixty (60) days** to enforce the terms of the settlement.  Pretrial Conference and trial dates are vacated.

Dated:  October 2, 2019

                          VIRGINIA A. PHILLIPS
                        Chief United States District Judge

s:\vap\crd's forms\3-ord-dism settled.frm