NATHAN C. VOLHEIM
nvolheim@sulaimanlaw.com
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
*Attorney for Plaintiff*

KURTISS A. JACOBS
kjacobs@hunthenriques.com
HUNT AND HENRIQUES, INC.
151 Bernal Road, Suite 8
San Jose, CA 95119
Phone: (408) 362-2270
Fax: (408) 362-2299

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA PACHECO, <br><br> Plaintiff, <br><br> v. <br><br> HUNT AND HENRIQUES, INC., <br><br> Defendant. | Case No. 2:19-cv-00468-VAP-SS <br><br> **ORDER [37]** |

## ORDER ON DISMISSAL WITH PREJUDICE

Plaintiff, THERESA PACHECO ("Plaintiffs"), by and through their attorneys, Sulaiman Law Group, Ltd., having filed with this Court her Agreed Stipulation of Dismissal with Prejudice   and the Court having reviewed same, now finds that this matter should be dismissed.

1

IT IS THEREFORE ORDERED by this Court that the above action is hereby dismissed, with prejudice.

Dated: October 15, 2019

_____
Virginia A. Phillips
Chief United States District Judge